NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH G. BRADLEY, DENNY W. BRANHAM, ROBERTA L. ANDERSON, DAVID A. EADS, PATRICIA A. EADS, JEFFREY A. MALKOFF, JANE A. MALKOFF, PAUL B. SCHAFER, D-TWO, INC., MOLLY MCAFFEE, DEANNA STROSSNER, HOLLY R. WOOD,**

*Plaintiffs-Appellees*

**BRULIN & COMPANY, INC., CHARLES F. BUTLER, BURNETT PARTNERSHIP LLP, MIMIR PARTNERS LLP, THREE FEATHERS REALTY GROUP LLP, JEWISH FEDERATION OF GREATER INDIANAPOLIS, INC., BEACHER A. WARD, DONNA M. WARD, OPAL WILLIAMS, EARL WILLIAMS,**

*Plaintiffs*

v.

**UNITED STATES,**

*Defendant-Appellant*

---

2023-1707

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00400-MMS, Senior Judge Margaret M. Sweeney.

_____

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

August 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 2, 2023